UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| NIKOLAI GRUSHEVSKI, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-09-2 |
| § | |
| TEXAS WINGS, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

On May 13, 2009, the Court entered a Conditional Order of Dismissal, stating that this action would be dismissed within sixty (60) days in light of settlement unless the Parties notify the Court before such time that settlement has not been finalized. (D.E. 44.) More than 60 days have now passed since entry of the Conditional Order of Dismissal, and the Court has not received notification from the Parties that settlement has not been finalized.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED, that Plaintiff's lawsuit against Defendant is dismissed with prejudice.

SIGNED and ORDERED this 7th day of August, 2009.

_____
Janis Graham Jack
United States District Judge