UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| NIKOLAI GRUSHEVSKI, | § | |
| | § | |
|     Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-09-2 |
| | § | |
| TEXAS WINGS, INC., *et al*, | § | |
| | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

In accordance with this Court's Order of Dismissal (D.E. 45), the Court hereby enters

final judgment DISMISSING this case in its entirety.


SIGNED and ORDERED this 7th day of August, 2009.

_____
Janis Graham Jack
United States District Judge